1  Robert D. Vogel (Cal Bar No. 63091)
   JACKSON LEWIS P.C.
2  725 S. Figueroa Street, Suite 2500
   Los Angeles, CA 90017
3  Telephone: (213) 689-0404
   Facsimile:  (213) 689-0430
4  Email: Robert.Vogel@JacksonLewis.com

5  Janelle J. Sahouria (State Bar No. 253699)
   James A. Sims (State Bar No. 327959)
6  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
7  San Francisco, California 94111-4615
   Telephone:  (415) 394-9400
8  Facsimile:  (415) 394-9401
   E-mail:  Janelle.Sahouria@jacksonlewis.com
9  E-mail:  James.Sims@jacksonlewis.com

10 Attorneys for Defendant
   INDEPENDENCE MENLO HOTEL
11 OWNER LLC DBA HOTEL NIA,
   AUTOGRAPH COLLECTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>INDEPENDENCE MENLO HOTEL OWNER LLC, a Delaware limited liability company dba Hotel Nia, Autograph Collection<br><br>Defendant. | Case No. 5:19-cv-06689-VKD<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41 (a)(1)(A)(ii)** |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear their own attorneys' fees and costs.

This stipulation is made as the matter has been resolved to the satisfaction of all Parties.

Dated: January 28, 2020                    JACKSON LEWIS P.C.

                                           By:  */s/ James A. Sims*
                                                Robert D. Vogel
                                                Janelle J. Sahouria
                                                James A. Sims
                                                Attorneys for Defendant
                                                INDEPENDENCE MENLO HOTEL
                                                OWNER LLC DBA HOTEL NIA,
                                                AUTOGRAPH COLLECTION

Dated: January 28, 2020                    THE STROJNIK FIRM

                                           By:  */s/ Peter Kristofer Strojnik*
                                                Peter Kristofer Strojnik
                                                Attorney for Plaintiff
                                                THERESA BROOKE

4812-5416-3890, v. 1